IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TITORIAN MOORE, SR et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:25-cv-00493-TES-CHW |
| | * |
| SHERIFF DAVID DAVIS et al., | |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 16, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 16th day of December, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk