**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **TITORIAN MOORE, SR,** *et al.*, | **:** | |
| | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 5:25-cv-493-TES-CHW** |
| | **:** | |
| **SHERIFF DAVID DAVIS,** *et al.*, | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

<u>**ORDER**</u>

Pending before the Court are a motion for appointed counsel (ECF No. 6), an amended statement of claim (ECF No. 7), and a motion for a preliminary injunction (ECF No. 8) filed by *pro se* Plaintiff Titorian Moore, Sr.   This case was dismissed without prejudice on December 16, 2025, because Plaintiff Moore joined with multiple other *pro se* prisoners to file a single lawsuit, which is prohibited by the Prison Litigation Reform Act.   *See generally* ECF No. 4.   Because this case is closed, Plaintiff's motions are **DENIED as moot.**   The Court notes, however, that Plaintiff recently filed his own case in which he appears to seek relief pursuant to 42 U.S.C. § 1983, *Moore v. Davis*, Case No. 5:26-cv-93-MTT-CHW (M.D. Ga. Mar. 12, 2026).   If Plaintiff's motions or his amended statement of claim are relevant to that case, he may file a copy of those documents in that case.   If his motions or his amended statement of claim are instead relevant to other

claims that are not pending before the Court, he will need to file a separate civil action raising those claims.

**SO ORDERED**, this 16th day of March, 2026.

S/ Tilman E. Self, III

**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**